**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-7288**

———————

MITCHELL KARACHINSKI,

                    Petitioner – Appellant,

      v.

BRICK TRIPP,

                    Respondent – Appellee,

      and

UNITED STATES OF AMERICA; UNITED STATES FEDERAL B.C.P.,

                    Respondents.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge. (5:13-hc-0246-FL)

———————

Submitted:  November 20, 2014     Decided:  November 25, 2014

———————

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Mitchell Karachinski, Appellant Pro Se. Michael Bredenberg, Special Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mitchell Karachinski appeals the district court's order denying his motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm the order of the district court. Karachinski v. Tripp, No. 5:13-hc-02146-FL (E.D.N.C. July 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED